1021

[No. 38514-7-II.   Division Two.   January 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH L. NASH, *Appellant*.

*Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.

[No. 38821-9-II.   Division Two.   January 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE RYAN McMILLAN, *Appellant*.

*Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 38822-7-II.   Division Two.   January 11, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW WILLIAM NORRIS, *Appellant*.

*Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Bridgewater, J. Pro Tem.